UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENE VECCHIO, | ) |
| Plaintiff, | ) ELECTRONICALLY FILED |
| vs. | ) CIVIL ACTION NO. 08-CV-21 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated, by and between counsel for Plaintiff Gene Vecchio and Defendant Life Insurance Company of North America, that the claims set forth in the above-captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Except as provided by agreement, the parties shall bear their own attorneys' fees and costs.

/s/Brian Patrick Bronson
Brian Patrick Bronson
PA I.D. # 89035
QUATRIN, RAFFERTY,
GALLOWAY, P.C.
550 E. Pittsburgh Street
Greensburg, PA 15061
Tel: 724-837-0080
Fax: 724-837-1348

Attorneys for Plaintiff

/s/John G. Ferreira
John G. Ferreira
PA I.D. #39223
Stephanie R. Reiss
PA I.D. #88316
MORGAN, LEWIS & BOCKIUS L LP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219
Tel: 412-560-3300
Fax: 412-560-7001

Attorneys for Defendant Life Insurance Company of North America

SO ORDERED, this 11th day of February, 2008.

_____, J.
Gary L. Lancaster, U.S. District Judge